**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ Third _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Blanchy Hernandez          JOINT DEBTOR: _____          CASE NO.: 21-16716-LMI

SS#: xxx-xx- 6120          SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,711.80 for months 1 to 2 ;

2. $217.79 for months 3 to 36 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE ☐ PRO BONO

| | | |
|---|---|---|
| Total Fees: $7,775.00 | Total Paid: $2,500.00 | Balance Due: $5,275.00 |
| Payable $1,416.44 /month (Months 1 to 2 ) | | |
| Payable $71.83 /month (Months 3 to 36 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,500.00 + $150.00 (cost) + $500.00 (motion to value) + $25.00 (cost) +
$2,500.00 (mortgage modification) + $100.00 (cost) = $7,775.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS ☐ NONE

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Coral Haven Association, Inc

| | |
|---|---|
| Address: P.O. Box 650701 Miami, FL 33265 | Arrearage/ Payoff on Petition Date $1,259.00 (Proof of Claim #8-1) |
| | Arrears Payment (Cure) $34.98 /month (Months _1_ to _36_ ) |
| | Regular Payment (Maintain) $22.00 /month (Months _1_ to _36_ ) |
| Last 4 Digits of Account No.: 6120 | |

Other: Regular Payment $22.00 X 36 = $792.00

■ Real Property        Check one below for Real Property:

   ■ Principal Residence        ☐ Escrow is included in the regular payments

   ☐ Other Real Property        ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
10007 SW 23rd Terrace Miami, FL 33165

☐ Personal Property/Vehicle

Description of Collateral:

**B. VALUATION OF COLLATERAL:** ■ NONE

**C. LIEN AVOIDANCE** ☐ NONE

   ■ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| | |
|---|---|
| 1. Creditor: Portfolio Recovery Associates, LLC | Collateral: 10007 SW 23rd Terrace Miami, FL 33165 |
| Address: 120 Corporate Blvd Ste 1 Norfolk, VA 2350 | Exemption: Homestead Exemption |
| Last 4 Digits of Account No.: SP05 | |

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
| 1. Auto Collection of South Miami | M602 | 2009 BMW 528i |
| 2. Santander Consumer USA Inc. | 7224 | 2018 Mercedes CLA 250 |

LF-31 (rev. 06/04/21)

Debtor(s): Blanchy Hernandez                                      Case number: 21-16716-LMI

| 3. | Selene Finance, LP | 7812 | 10007 SW 23 Terrace, Miami, FL 33165 |

**IV.   TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

    **A.   ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

    **B.   INTERNAL REVENUE SERVICE:** ☑ NONE

    **C.   DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

    **D.   OTHER:** ☑ NONE

**V.   TREATMENT OF UNSECURED NONPRIORITY CREDITORS**      ☐ NONE

    **A.** Pay _____ $67.20 _____ /month (Months __1__ to _36_ )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☑ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** SEPARATELY CLASSIFIED: ☑ NONE

**VI.   STUDENT LOAN PROGRAM** ☑ NONE

**VII.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☑ NONE

**VIII.   INCOME TAX RETURNS AND REFUNDS:** ☑ NONE

**IX.   NON-STANDARD PLAN PROVISIONS** ☑ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Blanchy Hernandez _____ Debtor   August 26, 2021 _____       _____ Joint Debtor   _____
Blanchy Hernandez                                      Date                                                          Date

_____          _____
Attorney with permission to sign on              Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**